IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ethan Procter,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Wells Fargo Bank NA, et al.,<br><br>　　　　Defendants. | No. CV-17-01191-PHX-DJH<br><br>**ORDER** |

　　　The Court having received the parties' Joint Motion to Dismiss with Prejudice (Doc. 35), and upon review by the Court,

　　　IT IS ORDERED granting the Joint Motion (Doc. 35) and dismissing this action in its entirety, **with prejudice**, each party to bear its own attorneys' fees and costs.

　　　IT IS FURTHER ORDERED directing the Clerk of Court to terminate this action.

　　　**Dated** this 26th day of April, 2018.

　　　　　　　　　　　　　　　　　　　Honorable Diane J. Humetewa
　　　　　　　　　　　　　　　　　　　United States District Judge